**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Jamesetta Washington, as Guardian ad Litem for Jayden W., a minor, Petitioner,

v.

Edmund Rhett, Jr., M.D., Low Country Obstetrics and Gynecology, P.A.; Tenet South Carolina, Inc., d/b/a East Cooper Regional Medical Center, Defendants,

Of whom Edmund Rhett, Jr., M.D. is the Respondent.

Appellate Case No. 2014-000831

————————

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

————————

Appeal From Charleston County
J. Michael Baxley, Circuit Court Judge

————————

Memorandum Opinion No. 2015-MO-039
Heard June 16, 2015 – Filed June 24, 2015

————————

**DISMISSED AS IMPROVIDENTLY GRANTED**

————————

Edward L. Graham and John Layton Ruffin, both of
Graham Law Firm, P.A., of Florence, for Petitioner.

Robert H. Hood and Mary Agnes Hood Craig, both of Charleston; Deborah Harrison Sheffield, of Columbia, all of Hood Law Firm, L.L.C., for Respondent.

---

**PER CURIAM:** We granted certiorari to review the Court of Appeals' decision in *Washington v. Rhett*, Op. No. 2014-UP-055 (S.C. Ct. App. filed Feb. 5, 2014). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, Acting Chief Justice, BEATTY, KITTREDGE, HEARN, JJ., and Acting Justice James E. Moore, concur.**